# EXHIBIT C

DocuSign Envelope ID: 56CD49BE-A87A-47CD-B728-EB697948A3DA
Case: 1:24-cv-00350-MWM-KLL Doc #: 1-3 Filed: 06/26/24 Page: 2 of 2 PAGEID #: 14
THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net



## NOTICE OF ASSIGNMENT

Mohawk Fine Papers Inc.
465 Saratoga St
Cohoes, NY 12047

Dear Harold Cropsey:

This letter is in regard to the Agreement No. 4964000 and related agreements or instruments (the "Contract"), dated as of February 3, 2023 between **VERDANT COMMERCIAL CAPITAL, LLC** (the "Creditor") and **Mohawk Fine Papers Inc.** ("you").

Please be advised that the Creditor has assigned to Balboa Capital Corporation ("Assignee") all of its rights, title and interest in and to the Contract and the equipment relating thereto. In connection therewith you are hereby instructed to pay all payments and other amounts due, or to become due, under said Contract directly to Assignee or to such other party, or address as Assignee shall notify you in writing.

All payments shall now be made to Assignee at the following address:

    Balboa Capital Corporation
    575 Anton Boulevard, 12th Floor
    Costa Mesa, California 92626

You are further authorized to rely on any other instructions of Assignee even if such instruction is contrary to any conflicting instruction you may have received from the Creditor. Your failure to remit such payments to the Assignee will constitute a default under the Contract and any payments remitted to any party other than Assignee shall not be credited against your obligations under the Contract.

VERDANT COMMERCIAL CAPITAL, LLC

By: _____
    *DocuSigned by: John E. Merritt, III*
    BD5DA2F3373D4BC...

Name: John E. Merritt, III

Its: Executive Vice President