IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BALBOA CAPITAL CORPORATION,** | CASE NO.: 1:24-CV-350 |
| *Plaintiff,* | JUDGE MATTHEW WALDEN MCFARLAND |
| v. | |
| **MOHAWK FINE PAPERS INC.,** | MAGISTRATE JUDGE KAREN L. LITKOVITZ |
| *Defendant.* | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Balboa Capital Corporation ("Balboa") hereby requests that the Clerk record an entry of default against Defendant Mohawk Fine Papers, Inc. ("Mohawk" or "Defendant") for its failure to plead or otherwise defend against the claims brought against it. *See* Fed.R.Civ.P. 55(a).

Balboa filed this action against Defendants on June 26, 2024. (Doc. 1). Mohawk was served via its statutory agents, Cogency Global, Inc., and GKL Corporate/Search, Inc., on July 30, 2024, making its responsive pleading due on or before August 20, 2024. (Doc. 9).

As of this filing, Mohawk has not filed a responsive pleading or otherwise taken any action to defend against this lawsuit. Therefore, the Clerk "must enter…default" against Mohawk. *See* Fed. R. Civ. P. 55(a). Upon the Clerk's entry of default, Plaintiff intends to file a motion for default judgment in accordance with Fed. R. Civ. P. 55(b) and L.R. 55.1(b).

Respectfully submitted,

/s/ *Izaak Horstemeier-Zrnich*
William Stavole (0040828)
Anna L. Gecht (0095689)
Izaak Horstemeier-Zrnich (0101085)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:     216.592.5000
Fax:    216.592.5009
E-mail:   william.stavole@tuckerellis.com
              anna.gecht@tuckerellis.com
              ihz@tuckerellis.com

*Attorneys for Plaintiff*
*Balboa Capital Corporation*

## PROOF OF SERVICE

A copy of the foregoing was filed electronically on August 22, 2024. Service of this filing will be made pursuant to Fed. R. Civ. P. 5(b)(2)(c) by mailing it by United States mail to:

MOHAWK FINE PAPERS INC.,
via the following Registered Agents:

>Cogency Global, Inc.
>45 School Street
>Suite 202
>Boston, MA  02108
>
>GKL Corporate/Search, Inc.
>c/o Matthew Clint Congdon
>One Capital Mall
>Suite 660
>Sacramento, CA  95814
>
>GKL Corporate/Search, Inc.
>c/o Leo Daniel Leal
>One Capital Mall
>Suite 660
>Sacramento, CA  95814

*/s/ Izaak Horstemeier-Zrnich*
Izaak Horstemeier-Zrnich (0101085)
*One of the Attorneys for Plaintiff*
*Balboa Capital Corporation*